# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANA LUZ SANCHEZ, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 18-5018 |
| | : | |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 28th day of January, 2020, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Judicial Review (Dkt. No. 13), Defendant's Response to Request for Review of Plaintiff (Dkt. No. 14), and Plaintiff's Reply Brief in Support of Request for Judicial Review (Dkt. No. 17), and for the reasons expressed in the foregoing Memorandum, **IT IS ORDERED** that:

1. The relief sought by Plaintiff is **GRANTED** in part as described below;

2. The case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the foregoing Memorandum, will be assigned to a new Constitutionally appointed ALJ for a new hearing and Decision; and

3. In all other respects, Plaintiff's request for relief is **DENIED**.

BY THE COURT:

  */s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANA LUZ SANCHEZ, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 18-5018 |
| | : | |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this  28th  day of January, 2020, it appearing by separate Order of the undersigned that this case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the Memorandum Opinion dated January 28, 2020,

**IT IS ORDERED** that **JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF REVERSING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY** for the purposes of this remand only.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **CLOSE** this matter statistically.

BY THE COURT:

  /s/ Henry S. Perkin
HENRY S. PERKIN
United States Magistrate Judge