# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANA LUZ SANCHEZ, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 18-5018 |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of Social Security,[1] | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 10th day of November, 2021, upon consideration of the Plaintiff's Motion for Attorney Fees (EAJA) (ECF No. 22), the Response, Reply Brief, Sur-Reply Brief, Notices of Supplemental Authority and Plaintiff's Motion Seeking Oral Argument (ECF No. 32), and in accordance with the foregoing Memorandum Opinion,

**IT IS ORDERED** that the Motion for Attorney Fees (EAJA) (ECF No. 22) and Motion Seeking Oral Argument (ECF No. 32) are **DENIED**.

BY THE COURT:

/s/ Henry S. Perkin
HENRY S. PERKIN
United States Magistrate Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Ms. Kijakazi should be substituted for the former Commissioner of Social Security, Andrew Saul, as the defendant in this action.